SEALED

McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

FILED

AUG - 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   CR. NO. 2:07-CR-0339 MCE
                                )
              Plaintiff,        )   ORDER TO SEAL
     v.                         )   (UNDER SEAL)
                                )
TIMOTHY YOURCHECK               )
                                )
              Defendant.        )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 8/8/07

_____
KIMBERLY J. MUELLER
United States Magistrate Judge