FILED
August 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>        Plaintiff,              )<br>v.                            )<br>                              )<br>TIMOTHY YOURCHECK,             )<br>                              )<br>        Defendant.             ) | Case No. CR. S-07-0339 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TIMOTHY YOURCHECK, Case No. CR. S-07-0339 MCE, Charge Title 18 USC §§ 2252; 2253, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _100,000.00_

_X_   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   _Pretrial Services Supervision of Conditions of Release_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on _August 16, 2007_ at _3:15_ pm.

By _____
     Dale A. Drozd
     United States Magistrate Judge