1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA  95207**
3
   **Telephone:  (209) 477-1800**
4  **Facsimile:  (209) 477-1821**

5  **Attorney for Timothy Yourcheck**

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA,    No. 2:07-cr-00339-MCE**

12      **Plaintiff,**

13 **vs.**                                **STIPULATION AND ORDER**
                                           **TO CONTINUE STATUS CONFERENCE**
14 **TIMOTHY YOURCHECK,**
                                           **Date:  December 13, 2007**
15      **Defendant.**                     **Time:  9:00 a.m.**
                                           **Courtroom Number 3**
16                                         **Honorable Morrison C. England, Jr.**
   _____/
17

18      The parties, by and through their respective counsel, hereby stipulate and agree to vacate
19 the current status conference date of December 13, 2007, at 9:00 a.m. in Courtroom Number 3
20 should be vacated and reset for January 31, 2008, at 9:00 a.m. in Courtroom Number 3.
21      It is further stipulated and agreed between the parties that the time under the Speedy Trial
22 Act should be excluded from today's date to January 31, 2008, under Local Code T4, Title 18,
23 United States Code, Section 3161 (h)(8)(B)(iv), to allow for time the expert to prepare and
24 submit his report.

25

26

27

28

                                        1
                STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

|   |   |
|---|---|
|   | Respectfully submitted |
| Dated:  December 12, 2007 | /s/ Vittoria M. Bossi_____ <br> Attorney for Timothy Yourcheck |
| Dated:  December 12, 2007 | /s/ Carolyn Delaney_____ <br> Assistant United States Attorney <br> (Signed by Vittoria Bossi per verbal approval) |

## ORDER

**IT IS HEREBY ORDERED:**  That the status conference set for December 13, 2007, is vacated and that the status conference is continued to January 31, 2008, at 9:00 a.m. in Courtroom Number 3.  It is further ORDERED that the time under the Speedy Trial Act between today's date and January 31, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time for the expert to prepare and submit his report.

DATED:  December 13, 2007

_____ <br>
MORRISON C. ENGLAND, JR. <br>
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE