```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:07-cr-00339-MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )   STIPULATION AND ORDER
                                 )
14  TIMOTHY YOURCHECK,           )
                                 )
15            Defendant.         )
    _____    )
16
17       IT IS HEREBY stipulated between the United States of America
18  through its undersigned counsel, Carolyn K. Delaney, Assistant
19  United States Attorney, together with the defendant and his
20  counsel, Vittoria Bossi, that the defendant's pre-trial release
21  conditions should be amended as follows to comply with the Adam
22  Walsh Act.  Specifically, at the request of the Pre-trial
23  Services Officer, and with the agreement of the parties, the pre-
24  trial release conditions should be amended to include the
25  following language:
26  ///
27  ///
28
                                    1
```

"**You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

**CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer.**"

Dated: December 13, 2007            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    U.S. Attorney

                                    /s/ Carolyn K. Delaney

                                    CAROLYN K. DELANEY
                                    Assistant U.S. Attorney

Dated: December 13, 2007            /s/ Vittoria Bossi

                                    VITTORIA BOSSI
                                    Attorney for Timothy Yourcheck

**ORDER**

**IT IS HEREBY ORDERED:** That the defendant's conditions of pretrial release shall be amended to include the following language:

"**You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

**CURFEW: You are restricted to your residence everyday from 10pm to 6 am as directed by the Pretrial Services Officer.**"

Dated: December 18, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2