1 **VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
2 **2155 West March Lane, Suite 1A**
**Stockton, CA  95207**
3
**Telephone:  (209) 477-1800**
4 **Facsimile:  (209) 477-1821**

5 **Attorney for Timothy Yourcheck**

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA,**

12     **Plaintiff,**                                  **Case Number 2:07-cr-00339-MCE**

13 **vs.**                                          **STIPULATION AND ORDER**
                                                 **TO CONTINUE STATUS CONFERENCE**
14 **TIMOTHY YOURCHECK,**
                                                 **Date:  January 31, 2008**
15     **Defendant.**                                **Time:  9:00 a.m.**
                                               **Courtroom Number 3**
16                                                **Honorable Morrison C. England, Jr.**
    _____/
17

18

19         The parties, by and through their respective counsel, hereby stipulate and agree to vacate

20 the current status conference date of January 31, 2008, at 9:00 a.m. in Courtroom Number 3

21 should be vacated and reset for March 27, 2008, at 9:00 a.m. in Courtroom Number 3.

22         It is further stipulated and agreed between the parties that the time under the Speedy Trial

23 Act should be excluded from today's date to March 27, 2008, under Local Code T4, Title 18,

24 United States Code, Section 3161 (h)(8)(B)(iv), to allow for time the expert to prepare and

25 submit his report.

26

27

28

Respectfully submitted

Dated:  January 28, 2008           /s/ Vittoria M. Bossi
                                   Attorney for Timothy Yourcheck

Dated:  January 28, 2008           /s/ Carolyn Delaney
                                   Assistant United States Attorney
                                   (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:** That the status conference set for January 31, 2008, is vacated and that the status conference is continued to March 27, 2008, at 9:00 a.m. in Courtroom Number 3. It is further ORDERED that the time under the Speedy Trial Act between today's date and January 31, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time for the expert to prepare and submit his report.

DATED: January 30, 2008

_____
_____
_____
_____

MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE