**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case Number Cr-S-07-339 MCE** |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| **TIMOTHY YOURCHECK,** | **Date:  March 27, 2008** |
| **Defendant.** | **Time:  9:00 a.m.** |
| | **Courtroom Number 3** |
| | **Honorable Morrison C. England, Jr.** |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the current status conference date of March 27, 2008, at 9:00 a.m. in Courtroom Number 3 should be vacated and reset for April 3, 2008, at 9:00 a.m. in Courtroom Number 3.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 3, 2008, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time the expert to prepare and submit his report.

1
STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

Respectfully submitted

Dated: March 25, 2008          /s/ Vittoria M. Bossi
                               Attorney for Timothy Yourcheck

Dated: March 25, 2008          /s/ Carolyn Delaney
                               Assistant United States Attorney
                               (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:** That the status conference set for March 27, 2008, is vacated and that the status conference is continued to April 3, 2008, at 9:00 a.m. in Courtroom Number 3. It is further ORDERED that the time under the Speedy Trial Act between today's date and April 3, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time for the expert to prepare and submit his report.

**DATE: 3/28/2008**

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE