```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2798
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   No. 2:07-cr-00339-MCE
                                 )
12            Plaintiff,         )
                                 )
13       v.                      )   AMENDED STIPULATION AND ORDER
                                 )
14  TIMOTHY YOURCHECK,           )
                                 )
15            Defendant.         )
    _____)
16
17       IT IS HEREBY stipulated between the United States of America
18  through its undersigned counsel, Carolyn K. Delaney, Assistant
19  United States Attorney, together with the defendant and his
20  counsel, Vittoria Bossi, that the status conference currently
21  scheduled for May 22, 2008, be vacated and a new status
22  conference be scheduled for July 3, 2008.
23       IT IS FURTHER stipulated between the parties that the time
24  between today's date and July 3, 2008, should be excluded under
25  the Speedy Trial Act pursuant to Local Code T4, Title 18, United
26  States Code, Section 3161 (h)(8)(B)(iv), to give the defendant
27  time to review the discovery and to adequately prepare, using the
28
                                   1
```

pre-plea pre-sentence report currently being drafted by the Probation Office.

Dated: May 20, 2008                    Respectfully submitted,

                                             McGREGOR W. SCOTT
                                             U.S. Attorney

                                             /s/ Carolyn K. Delaney

                                             CAROLYN K. DELANEY
                                             Assistant U.S. Attorney

Dated: May 20, 2008                    /s/ Vittoria Bossi

                                             VITTORIA BOSSI
                                             Attorney for Defendant

**ORDER**

**IT IS HEREBY ORDERED**:

    1.   The case is scheduled for a further status conference on July 3, 2008;

    2.   The time between today's date and July 3, 2008 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE