McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00339-MCE |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| TIMOTHY YOURCHECK, ) | |
| Defendant. ) | |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Carolyn K. Delaney, Assistant United States Attorney, together with the defendant and his counsel, Vittoria Bossi, that the status conference currently scheduled for July 3, 2008, be vacated and a new status conference be scheduled for August 28, 2008.

   IT IS FURTHER stipulated between the parties that the time between today's date and August 28, 2008, should be excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare,

1

using the pre-plea pre-sentence report currently being drafted by the Probation Office.

Dated: July 2, 2008                    Respectfully submitted,

                                       McGREGOR W. SCOTT
                                       U.S. Attorney

                                       /s/ Carolyn K. Delaney

                                       CAROLYN K. DELANEY
                                       Assistant U.S. Attorney

Dated: July 2, 2008                    /s/ Vittoria Bossi

                                       VITTORIA BOSSI
                                       Attorney for Defendant

**ORDER**

**IT IS HEREBY ORDERED:**

    1.   The case is scheduled for a further status conference on August 28, 2008;

    2.   The time between today's date and August 28, 2008 is excluded under the Speedy Trial Act pursuant to Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to give the defendant time to review the discovery and to adequately prepare.  The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

 Dated: July 22, 2008

                                       _____
                                       MORRISON C. ENGLAND, JR.
                                       UNITED STATES DISTRICT JUDGE

2