1  **VITTORIA M. BOSSI, SBN 154694**
   **CLAIR & BOSSI**
2  **2155 West March Lane, Suite 1A**
   **Stockton, CA  95207**
3
   **Telephone:  (209) 477-1800**
4  **Facsimile:  (209) 477-1821**

5  **Attorney for Timothy Yourcheck**

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 **UNITED STATES OF AMERICA,**

12      **Plaintiff,**                    **Case Number CR-S-07-339 MCE**

13 **vs.**                                **STIPULATION AND ORDER**
                                          **TO CONTINUE STATUS CONFERENCE**
14 **TIMOTHY YOURCHECK,**
                                          **Date:  October 9, 2008**
15      **Defendant.**                    **Time:  9:00 a.m.**
                                          **Courtroom Number 3**
16 _____/  **Honorable Morrison C. England, Jr.**

17

18

19       The parties, by and through their respective counsel, hereby stipulate and agree to vacate

20 the current status conference date of October 9, 2008, at 9:00 a.m. in Courtroom Number 3 and

21 reset it for October 16, 2008, at 9:00 a.m. in Courtroom Number 3.

22       It is further stipulated and agreed between the parties that the time under the Speedy Trial

23 Act should be excluded from today's date to October 16, 2008, under Local Code T4, Title 18,

24 United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

25

26

27

28

1

PDF created with pdfFactory trial version www.pdffactory.com

|  |  |
|---|---|
|  | Respectfully submitted |
| Dated:  October 8, 2008 | /s/ Vittoria M. Bossi<br>Attorney for Timothy Yourcheck |
| Dated:  October 8, 2008 | /s/ Kyle Reardon<br>Assistant United States Attorney<br>(Signed by Vittoria Bossi per verbal approval) |

## **ORDER**

**IT IS HEREBY ORDERED:**  That the status conference set for  October 9, 2008, is vacated and that the status conference is continued to October 16, 2008, at 9:00 a.m. in Courtroom Number 3.  It is further ORDERED that the time under the Speedy Trial Act between today's date and October 16, 2008, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

**DATED:** October 8, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com