1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:07-cr-00339-MCE
                                )
12          Plaintiff,           )   PRELIMINARY ORDER OF
                                )   FORFEITURE
13       v.                      )
                                )
14 TIMOTHY YOURCHECK,           )
                                )
15          Defendant.           )
   _____)
16

17      Based upon the plea agreement entered into between plaintiff

18 United States of America and defendant Timothy Yourcheck it is

19 hereby

20      ORDERED, ADJUDGED AND DECREED as follows:

21      1.  Pursuant to 18 U.S.C. § 2253, defendant Timothy

22 Yourcheck's interest in the following property shall be condemned

23 and forfeited to the United States of America, to be disposed of

24 according to law:

25          a)   One Western Digital 40 GB hard drive.

26      2.  The above-listed property constitutes property that

27 contains visual depictions produced, transported, mailed, shipped

28 or received in violation of 18 U.S.C. § 2252(a)(2); and is

1 | property that was used or intended to be used to commit and to
2 | promote the commission of the aforementioned violation.
3 |     3.   Pursuant to Rule 32.2(b), the Attorney General (or a
4 | designee) shall be authorized to seize the above-listed property.
5 | The aforementioned property shall be seized and held by the
6 | United States, in its secure custody and control.
7 |     4.   a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8 | U.S.C. § 853(n), and Local Rule 83-171, the United States shall
9 | publish notice of the order of forfeiture.  Notice of this Order
10 | and notice of the Attorney General's (or a designee's) intent to
11 | dispose of the property in such manner as the Attorney General
12 | may direct shall be posted for at least 30 consecutive days on
13 | the official internet government forfeiture site
14 | www.forfeiture.gov.  The United States may also, to the extent
15 | practicable, provide direct written notice to any person known to
16 | have alleged an interest in the property that is the subject of
17 | the order of forfeiture as a substitute for published notice as
18 | to those persons so notified.
19 |          b.   This notice shall state that any person, other than
20 | the defendant, asserting a legal interest in the above-listed
21 | property, must file a petition with the Court within sixty (60)
22 | days from the first day of publication of the Notice of
23 | Forfeiture posted on the official government forfeiture site, or
24 | within thirty (30) days from receipt of direct written notice,
25 | whichever is earlier.
26 | ///
27 | ///
28 | ///

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

Dated: January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE