**YOURVITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
|     **Plaintiff,** | **Case Number 2:07-cr-00339-MCE** |
| **vs.** | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **TIMOTHY YOURCHECK,** | **Date:  February 5, 2009** |
|     **Defendant.** | **Time:  9:00 a.m.** |
| _____/ | **Courtroom Number 7** |
| | **Honorable Morrison C. England, Jr.** |

       The parties, by and through their respective counsel, hereby stipulate and agree to vacate the sentencing hearing date of February 5, 2009, at 9:00 a.m. in Courtroom Number 7 and reset it for February 26, 2009, at 9:00 a.m. in Courtroom Number 7.

       It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to February 26, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted

Dated: January 22, 2009             /s/ Vittoria M. Bossi
                                    Attorney for Timothy Yourcheck

Dated: January 22, 2009             /s/ Kyle Reardon
                                    Assistant United States Attorney
                                    (Signed by Vittoria Bossi per verbal approval)

## **ORDER**

**IT IS HEREBY ORDERED:** That the sentencing hearing set for February 5, 2009, is vacated and that the status conference is continued to February 26, 2009, at 9:00 a.m. in Courtroom Number 7. It is further ORDERED that the time under the Speedy Trial Act between today's date and February 26, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

**DATED:** January 26, 2009

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com