**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case Number CR-S-07-339 MCE** |
|     **Plaintiff,** | |
| **vs.** | **STIPULATION AND ORDER** |
| | **TO CONTINUE SENTENCING HEARING** |
| **TIMOTHY YOURCHECK,** | |
| | **Date:  February 26, 2009** |
|     **Defendant.** | **Time:  9:00 a.m.** |
| | **Courtroom Number 7** |
| _____/ | **Honorable Morrison C. England, Jr.** |

       The parties, by and through their respective counsel, hereby stipulate and agree to vacate the sentencing hearing date of February 26, 2009, at 9:00 a.m. in Courtroom Number 7 and reset it for April 9, 2009, at 9:00 a.m. in Courtroom Number 7.

       It is further stipulated that informal objections to the Pre-Sentence Report are due no later than March 19, 2009, the final Pre-Sentence Report is due no later than March 26, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than April 2, 2009.

       It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 9, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING

Respectfully submitted

Dated: February 24, 2009    /s/ Vittoria M. Bossi
                           Attorney for Timothy Yourcheck

Dated: February 24, 2009    /s/ Kyle Reardon
                           Assistant United States Attorney
                           (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:** That the sentencing hearing set for February 26, 2009, is vacated and that the status conference is continued to April 9, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further ORDERED that informal objections to the Pre-Sentence Report are due no later than March 19, 2009, the final Pre-Sentence Report is due no later than March 26, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than April 2, 2009.

It is further ORDERED that the time under the Speedy Trial Act between today's date and April 9, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

DATED: February 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE