**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case Number 2:07-CR-00339 MCE** |
| **Plaintiff,** | |
| **vs.** | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| **TIMOTHY YOURCHECK,** | **Date:  April 9, 2009** |
| **Defendant.** | **Time:  9:00 a.m.** |
| _____/ | **Courtroom Number 7** |
| | **Honorable Morrison C. England, Jr.** |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the sentencing hearing date of April 9, 2009, at 9:00 a.m. in Courtroom Number 7 and reset it for June 25, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further stipulated that informal objections to the Pre-Sentence Report are due no later than May 28, 2009, the final Pre-Sentence Report is due no later than June 11, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than June 18, 2009.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to June 25, 2009, under Local Code T4, Title 18, United States Code, Section 3161 (h)(8)(B)(iv), to allow for time counsel to confer.

1

Respectfully submitted

Dated: April 7, 2009          /s/ Vittoria M. Bossi
                              Attorney for Timothy Yourcheck

Dated: April 7, 2009          /s/ Kyle Reardon
                              Assistant United States Attorney
                              (Signed by Vittoria Bossi per verbal approval)

## **ORDER**

**IT IS HEREBY ORDERED:** That the sentencing hearing set for April 9, 2009, is vacated and that the status conference is continued to June 25, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further ORDERED that informal objections to the Pre-Sentence Report are due no later than May 28, 2009, the final Pre-Sentence Report is due no later than June 11, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than June 18, 2009.

It is further ORDERED that the time under the Speedy Trial Act between today's date and June 25, 2009, is excluded under Local Code T4, Title 18, United States Code, Section 3161(h)(8)(B)(iv), to allow time counsel to confer.

**DATED:** April 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE