**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number CR-S-07-339 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| TIMOTHY YOURCHECK, | Date:  June 25, 2009 |
| Defendant. | Time:  9:00 a.m. |
| | Courtroom Number 7 |
| _____/ | Honorable Morrison C. England, Jr. |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the sentencing hearing date of June 25, 2009, at 9:00 a.m. in Courtroom Number 7 and reset it for August 27, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further stipulated that informal objections to the Pre-Sentence Report are due no later than July 23, 2009, the final Pre-Sentence Report is due no later than August 13, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than August 20, 2009.

Respectfully submitted

Dated:  June 23, 2009          /s/ Vittoria M. Bossi_____
                                Attorney for Timothy Yourcheck

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING

Dated:  June 23, 2009            /s/ Robert Tice-Raskin for Kyle Reardon _____
                                 Assistant United States Attorney
                                 (Signed by Vittoria Bossi per verbal approval)

## **ORDER**

**IT IS HEREBY ORDERED:** That the sentencing hearing set for June 25, 2009, is vacated and that the sentencing hearing is continued to August 27, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further ORDERED that informal objections to the Pre-Sentence Report are due no later than July 23, 2009, the final Pre-Sentence Report is due no later than August 13, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than August 20, 2009.

DATE:  6/25/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE