VITTORIA M. BOSSI, SBN 154694
CLAIR & BOSSI
2155 West March Lane, Suite 1A
Stockton, CA  95207

Telephone:  (209) 477-1800
Facsimile:  (209) 477-1821

Attorney for Timothy Yourcheck

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>TIMOTHY YOURCHECK,<br><br>     Defendant.<br>_____/ | Case Number CR-S-07-339 MCE<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING HEARING**<br><br>Date:  August 27, 2009<br>Time:  9:00 a.m.<br>Courtroom Number 7<br>Honorable Morrison C. England, Jr. |

The parties, by and through their respective counsel, hereby stipulate and agree to vacate the sentencing hearing date of August 27, 2009, at 9:00 a.m. in Courtroom Number 7 and reset it for November 19, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further stipulated that informal objections to the Pre-Sentence Report are due no later than October 29, 2009, the final Pre-Sentence Report is due no later than November 5, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than November 12, 2009.

Respectfully submitted

Dated:  August 25, 2009           /s/ Vittoria M. Bossi
                                  Attorney for Timothy Yourcheck

1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING

Dated: August 25, 2009                     /s/  Kyle Reardon
                                           Assistant United States Attorney
                                           (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:** That the sentencing hearing set for August 27, 2009, is vacated and that the sentencing hearing is continued to November 19, 2009, at 9:00 a.m. in Courtroom Number 7.

It is further ORDERED that informal objections to the Pre-Sentence Report are due no later than October 29, 2009, the final Pre-Sentence Report is due no later than November 5, 2009, and a Sentencing Memorandum or formal objections to the Pre-Sentence Report are due no later than November 22, 2009.

DATED: August 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE