**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Timothy Yourcheck**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case Number CR-S-07-339 MCE** |
| **Plaintiff,** | |
| vs. | **MEMORANDUM TO CONTINUE SENTENCING HEARING** |
| **TIMOTHY YOURCHECK,** | **Date:  November 19, 2009** |
| **Defendant.** | **Time:  9:00 a.m.** |
| _____/ | **Courtroom Number 7** |
| | **Honorable Morrison C. England, Jr.** |

       Although counsel for the Government is ready and prepared to go forward with the Judgment and Sentencing hearing on November 19, 2009, the parties have agreed to continue the hearing to December 3, 2009, at 9:00 a.m. in Courtroom Number 7, based on the unavailability of defense counsel, Vittoria Bossi, who is currently in jury trial in the case of People v. Dwayne Smith, Department 24 of the San Joaquin County Superior Court.  Ms. Bossi's presence is required due to the fact that there are contested issues in the pre-sentence report and that there is no agreement between the parties as to an appropriate sentence in this case.  The parties do not anticipate the need for any additional continuances.

Respectfully submitted

Dated:  November 16, 2009       /s/ Vittoria M. Bossi
                                Attorney for Timothy Yourcheck

Dated:  November 16, 2009       /s/  Kyle Reardon
                                Assistant United States Attorney
                                (Signed by Vittoria Bossi per verbal approval)

## ORDER

**IT IS HEREBY ORDERED:**   That the Judgment and Sentencing hearing set for November 19, 2009, is vacated and that the Judgment and Sentencing hearing is continued to December 3, 2009, at 9:00 a.m. in Courtroom Number 7.

DATED:  November 18, 2009

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE