BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-339-MCE |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| TIMOTHY YOURCHECK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on or about January 21, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Timothy Yourcheck forfeiting to the United States the following property:

        a)   One Western Digital 40 GB hard drive.

   AND WHEREAS, beginning on January 23, 2009, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the

1

1 notice for a hearing to adjudicate the validity of their alleged
2 legal interest in the forfeited property;
3     AND WHEREAS, the Court has been advised that no third party
4 has filed a claim to the subject property, and the time for any
5 person or entity to file a claim has expired.
6     Accordingly, it is hereby ORDERED and ADJUDGED:
7     1.  A Final Order of Forfeiture shall be entered forfeiting
8 to the United States of America all right, title, and interest in
9 the above-listed property pursuant to 18 U.S.C. § 2253, to be
10 disposed of according to law, including all right, title, and
11 interest of Timothy Yourcheck.
12     2.  All right, title, and interest in the above-listed
13 property shall vest solely in the United States of America.
14     3.  The United States shall maintain custody of and control
15 over the subject property until it is disposed of according to
16 law.
17     IT IS SO ORDERED.

Dated: March 29, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE